AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Kawan Hamlett, by his M/N/G Cynthia Hamlett
and Cynthia Hamlett, individually

V.

City of New York, Kevin Reyes, John and Jane
Does 1 through 10

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

07 CV 11118

JUDGE CASTEL

TO: (Name and address of Defendant)

City of New York
100 Church Street
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

_(signature)_

(By) DEPUTY CLERK

DATE   DEC 0 7 2007

◇AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/17/07 |
| NAME OF SERVER (PRINT) Anderson Chan | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 100 Church St., 4th Fl. New York, NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Tanedia Mendes-Gammon, legal clerk, who is authorized to accept service on behalf of the defendant. F/B/B/28/5'7"/145

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/17/07
            Date

Signature of Server
Anderson Chan - Lic. #1220482
315 Broadway, 3rd Fl. New York, NY 10007
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.