AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

Kawan Hamlett, by his M/N/G Cynthia Hamlett
and Cynthia Hamlett, individually

V.

City of New York, Kevin Reyes, John and Jane
Does 1 through 10

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 1118**

TO: (Name and address of Defendant)

Police Officer Kevin Reyes (Tax Registry No. 937364)
c/o NYPD PSA8
2794 Randall Avenue
Bronx, NY

**JUDGE CASTEL**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Leventhal & Klein, LLP
45 Main Street, Suite 230
Brooklyn, NY 11201

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

DEC 0 7 2007

CLERK _[signature: Marcos Quintero]_   DATE

(By) DEPUTY CLERK

◈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | December 18, 2007 at 10:15 Am |
| NAME OF SERVER (PRINT) Luis Agostini | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served upon Sgt. Rodriguez, co-worker of the defendant. M, W, Bald, 40, 5'8, 200

c/o NYPD PSA 8
2794 Randall Avenue
Bronx NY 10465

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/07
             Date

Signature of Server   Luis Agostini - 1027732

Address of Server   365 Ford Street Bronx, NY 10457

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.