# MEMO ENDORSED



**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

**BAREE N. FETT**
Assistant Corporation Counsel
Phone: (212) 788-8343
Fax: (212) 788-9776
bfett@law.nyc.gov

February 1, 2008

**BY FAX**
Honorable P. Kevin Castel
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

*Initial conference adjourned from Feb 8 to March 14, 2008 at 11:00 am*
*SO ORDERED*
*[signature] USDJ*

Re: Kawan Hamlett, et al. v. City of New York, et al.
 07 CV 11118 (PKC)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent defendant, City of New York, in this matter. I write to respectfully request an adjournment of the Initial Pretrial Conference scheduled for February 8, 2008, to a time, convenient for the Court, after March 7, 2008. Counsel for plaintiffs consents to this application.

      By Order dated January 8, 2008, the Court granted defendant City's request that it answer or otherwise respond to the complaint by March 7, 2008. Thus, an adjournment of the conference would allow defendant the opportunity to have conducted an initial investigation of the matter, confer pursuant to Your Honor's individual rules, as well as respond to the complaint. At that time, the parties would have the preliminary information necessary to participate in a meaningful Initial Conference, including substantive preparation of the joint letter in advance of the conference.

      No previous request for an adjournment of the Initial Pretrial Conference has been made. Accordingly, defendant respectfully requests that the Initial Pretrial Conference be adjourned to a time, convenient for the Court, after March 7, 2008.

      Thank you for your consideration of this request.

Respectfully submitted,

Baree N. Fett (Hassett) (BH9416)
Assistant Corporation Counsel

cc:    Brett Klein, Esq., (by Fax)

2