# LEVENTHAL & KLEIN, LLP
ATTORNEYS AT LAW
45 MAIN STREET, SUITE 230
BROOKLYN, NY 11201

T (718) 722-4100
F (718) 522-3225

JASON LEVENTHAL, JR.
BRETT H. KLEIN

ALISON E. GUGEL

60 BAY STREET, SUITE 701
STATEN ISLAND, NY 10301

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

March 5, 2008

**BY FAX: 212-805-7949**
Honorable Kevin P. Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>Kawan Hamlett by his M/N/G Cynthia Hamlett v. City of New York, et al.</u>
~~03-CV-3085~~ (KPC)
07Civ 11118 (PKC)

Your Honor:

I represent the plaintiff in the above referenced civil rights action. I write with the consent of defense counsel to request an adjournment of the initial conference scheduled for Friday, March 14, 2008, at 11:00 a.m. The reason for this request is that I sustained serious injuries in a motor vehicle accident earlier this week and I am scheduled to undergo surgery to my right wrist tomorrow. It is my understanding that recovery will take at least two weeks and accordingly I will be unable to prepare the joint letter required by Your Honor's rules and to attend the conference as currently scheduled.

Accordingly, we respectfully request that the initial conference scheduled for the 14th be adjourned to a date in April that is convenient for the Court.

Thank you for your consideration.

Respectfully submitted,

*Brett H. Klein /BC/*

Brett H. Klein

cc: A.C.C. Baree Fett
    Fax #: 212-788-9776

*[Handwritten annotation: Conference adjourned from March 14 to April 25, 2008 at 11:45 a.m. SO ORDERED. /s/ USDJ 3-5-08]*