# MEMO ENDORSED



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

BAREE N. FETT
Assistant Corporation Counsel
Phone: (212) 788-8343
Fax: (212) 788-9776
bfett@law.nyc.gov

April 3, 2008

**BY FAX**
Honorable P. Kevin Castel
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

*[handwritten endorsement:] Conference adjourned from April 25 to 9:45 a.m. from May 12, 2008 at [illegible]. SO ORDERED. /s/ PKC USDJ 4-3-08*

Re: Kawan Hamlett, et al. v. City of New York, et al.
07 CV 11118 (PKC)

Your Honor:

      I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent defendants in this matter. I write to respectfully request an adjournment of the Initial Pretrial Conference scheduled for April 25, 2008, to a time, convenient for the Court, after May 9, 2008. Counsel for plaintiffs consents to this application.

      Defendants originally requested an adjournment of the Initial Pretrial Conference scheduled for February 8, 2008, to a time convenient to the Court after defendants answered the complaint, by March 7, 2008. The Court granted defendants' request and adjourned the conference to March 14, 2008. Thereafter, plaintiffs requested an adjournment of the initial conference due to an injury sustained by plaintiffs' counsel. This request was granted and the conference was adjourned to April 25, 2008.

      Because the undersigned will be engaged in a trial on the matter of Echo Dixon v. Ragland, et al., 03-CV-0826, before the Honorable Laura Swain in the Southern District of New York, beginning on April 21, 2008, the undersigned will be unable to attend the April 25th Initial Pretrial Conference. Accordingly, defendants respectfully request that the Initial Pretrial Conference be adjourned to a time, convenient for the Court, after May 9, 2008.

Thank you for your consideration of this request.

                                    Respectfully submitted,

                                    Baree N. Fett (BF9416)
                                    Assistant Corporation Counsel

cc:    Brett Klein, Esq., (by Fax)

2