**MEMO ENDORSED**

MICHAEL A. CARDOZO
*Corporation Counsel*



THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/08

BAREL N. FETT
Assistant Corporation Counsel
Phone: (212) 788-8343
Fax: (212) 788-9776
bfett@law.nyc.gov

May 2, 2008

**BY FAX**
Honorable P. Kevin Castel
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Kawan Hamlett, et al. v. City of New York, et al.
    07 CV 11118 (PKC)

Your Honor:

*Initial conference adjourned from May 12 to June 13, 2008 at 11:15 a.m.*
*SO ORDERED*
*5-5-08*

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to represent defendants in this matter. I write to respectfully request an adjournment of the Initial Pretrial Conference scheduled for May 12, 2008, to a time, convenient for the Court, after June 6, 2008. Counsel for plaintiffs consents to this application.

Defendants originally requested an adjournment of the Initial Pretrial Conference scheduled for February 8, 2008, to a time convenient to the Court after defendants answered the complaint, by March 7, 2008. The Court granted defendants' request and adjourned the conference to March 14, 2008. Thereafter, plaintiffs requested an adjournment of the initial conference due to an injury sustained by plaintiffs' counsel. This request was granted and the conference was adjourned to April 25, 2008. On April 3, 2008, defendants requested an adjournment of the conference because the undersigned was scheduled for trial on the matter of Echo Dixon v. Ragland, et al., 03-CV-0826, before the Honorable Laura Swain in the Southern District of New York, beginning on April 21, 2008. Subsequently, however, the Court in the Dixon matter adjourned the commencement of trial to May 12, 2008. Thereafter, an Inquest hearing has also been scheduled in Dixon for May 21, 2008.

Accordingly, the undersigned will be engaged on trial on May 12th and unable to attend the Initial Pretrial Conference. Thus, defendants respectfully request that the Initial Pretrial Conference be adjourned to a time, convenient for the Court, after June 6, 2008.

Thank you for your consideration of this request.

Respectfully submitted,

Baree N. Fett (BF9416)
Assistant Corporation Counsel

cc:   Brett Klein, Esq., (by Fax)

2